# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

JANE DOE,

    Plaintiff,

v.                                                                 Civil Action 2:17-cv-500
                                                               Judge Michael H. Watson
                                                               Magistrate Judge Jolson

ANAHI M. ORTIZ, M.D., et al.,

    Defendants.

## REPORT AND RECOMMENDATION

On October 11, 2017, the Court issued an Order noting that Plaintiff had yet to effect service on Defendants. (Doc. 2). Consequently, the Court directed Plaintiff to show good cause within fourteen days why this action should not be dismissed and why an extension of time to effect service should be allowed. (*Id*. (citing Fed. R. Civ. P. 4(m)). More than fourteen days have passed since the Court's October 11, 2017 Order, and Plaintiff has failed to respond. Based on the foregoing, the Court **RECOMMENDS** that this action be dismissed for failure to prosecute. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 629 (1962).

## Procedure on Objections to Report and Recommendation

If any party objects to this Report and Recommendation, that party may, within fourteen (14) days of the date of this Report, file and serve on all parties written objections to those specific proposed findings or recommendations to which objection is made, together with supporting authority for the objection(s). A Judge of this Court shall make a *de novo* determination of those portions of the Report or specified proposed findings or recommendations to which objection is made. Upon proper objections, a Judge of this Court may accept, reject, or modify, in whole or in part, the findings or recommendations made herein, may receive further

evidence or may recommit this matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1).

The parties are specifically advised that failure to object to the Report and Recommendation will result in a waiver of the right to have the District Judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

IT IS SO ORDERED.


Date: October 30, 2017          /s/ Kimberly A. Jolson
                                KIMBERLY A. JOLSON
                                UNITED STATES MAGISTRATE JUDGE